# UNITED STATES DISTRICT COURT

for the

District of Connecticut

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Information associated with Target Account Stored at
Premises Controlled by Comcast Corporation

)
)
)
)
)
)

Case No. 3:21MJ        (RMS)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to the Affidavit, which is attached hereto and incorporated herein by reference.

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the Affidavit, which is attached hereto and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| | |

The application is based on these facts:

See Attached Affidavit of IRS-CI Special Agent Dustin Johnson, which is attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Johnson Dustin
Digitally signed by Johnson Dustin
Date: 2021.01.28 19:35:46 -05'00'

*Applicant's signature*

Dustin Johnson, Special Agent, IRS-CI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

Telephone _____ *(specify reliable electronic means).*

Date: _____01/29/2021_____

Robert M. Spector
Digitally signed by Robert M. Spector
Date: 2021.01.29 10:10:32 -05'00'

*Judge's signature*

City and state:  New Haven, Connecticut

Hon. Robert M. Spector

*Printed name and title*

# **ATTACHMENT A**

## **Property to Be Searched**

This warrant applies to information associated with ███████████ that is stored at premises owned, maintained, controlled, or operated by Comcast Corporation, a company headquartered at One Comcast Center, in Philadelphia, PA.

# ATTACHMENT B

## Particular Things to be Seized

## I.      Information to be disclosed by Comcast Corporation (the "Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on December 30, 2020, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.      The contents of all emails associated with the account from ███████████ ██████████████, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b.      All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.      The types of service utilized;

d.      All records or other information stored at any time on the TARGET ACCOUNT, including address books, contact and buddy lists, calendar data, pictures, and files; and

e.     All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

The Provider is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of violations of

(a)

(b)

(c)

(d)

(e)

(f)