AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:21MJ 108 (RMS) | Date and time warrant executed: 01/29/2021 @ 1257 | Copy of warrant and inventory left with: COMCAST LEGAL RESPONSE CENTER |

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

FILES PERTINENT TO THE FOLLOWING E-MAIL ACCOUNT DOWNLOADED FROM THE COMCAST LEGAL RESPONSE CENTER ON 02/08/2021.

[REDACTED]

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/23/2021

_Executing officer's signature_

DUSTIN JOHNSON, SPECIAL AGENT, IRS-CI
_Printed name and title_